UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-81571-CIV-COHN/SELTZER

ERIC WEILER,

    Plaintiff,

v.

STARGATE TECHNOLOGIES, INC. and
JOSE Y. GUZMAN,

    Defendants.
_____/

## ORDER GRANTING IN PART MOTION TO STRIKE

    THIS CAUSE is before the Court upon Plaintiff's Motion to Strike Defendants' Answer and to Require Corporate Defendant to Retain Counsel [DE 11]. The Court has carefully considered the motion and notes the lack of a response by Defendants.

    Plaintiff filed this action against his former employer for violations of the Fair Labor Standards Act. Defendant Jose Guzman filed a pro se answer on behalf of himself and his corporation. Plaintiff moves to strike the answer as to the corporate defendants for lack of counsel. Plaintiff moves to strike Defendant Guzman's answer as insufficient under the pleading requirements of Rule 8(b) of the Federal Rules of Civil Procedure.

    As Plaintiffs note, the Court should use a less stringent standard when reviewing pro se pleadings. In this case, though Defendant Guzman's Answer does not always follow Rule 8(b) in that it does not specifically admit or deny each allegation made by Plaintiff, the Court will not strike the Answer as to Defendant Guzman.

    However, as to the corporate defendant, the Court will strike the Answer as a

corporation cannot represent itself or be represented by its owner, and must be represented by counsel.  See Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385-1386 (11th Cir. 1985), cert. denied, 474 U.S. 1058 (1986); National Independent Theater Exhibitors, Inc. v. Buena Vista Distribution Company, 748 F.2d 602, 609 (11th Cir. 1985), cert. denied 471 U.S. 1056 (1985).   Defendant Stargate Technologies, Inc. must have counsel file a Notice of Appearance on its behalf by April 8, 2009, or it will be subject to default upon motion by Plaintiff.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Plaintiff's Motion to Strike Defendants' Answer and to Require Corporate Defendant to Retain Counsel [DE 11] is hereby **GRANTED** in part as to Defendant Stargate Technologies, and **DENIED** as to Defendant Guzman;

2. Defendant Stargate Technologies, Inc. must have counsel file a Notice of Appearance on its behalf by April 8, 2009, or it will be subject to default upon motion by Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of March, 2009.

JAMES I. COHN
United States District Judge

copies to:

counsel of record on CM/ECF

2